Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN Q. ADAMS,

    Plaintiff,

vs.

JOHN MCDONALD, an individual,
JANNET VREELAND, an individual,
NEVADA SYSTEM OF HIGHER
EDUCATION, a political subdivision of
the State of Nevada, JOAN TARVER,
an individual, TOM JUDY, an individual,
JANE TORS, an individual, JULY RAILEY,
an individual, TOM RAY, an individual,

    Defendants.

CASE NO. 3:06-cv-707

STIPULATION AND ORDER REGARDING
MOTION FOR SUMMARY JUDGMENT

    The parties through the undersigned counsel of record hereby stipulate and agree that Plaintiff should have an additional week in which to oppose the motion for summary judgment, from January 22, 2008 to and including January 29, 2008. Mr. Dickerson was involved in completing a Ninth Circuit brief early last week; attended two oral arguments at the Circuit at the end of last week; and was ill over the three day weekend, preventing timely completion of the opposition brief.

DATED 1/22/08

LAW OFFICE OF
JEFFREY A. DICKERSON

JEFFREY A. DICKERSON
Counsel for Plaintiff

DATED 1/23/08

OFFICE OF GENERAL COUNSEL
NSHE

THOMAS RAY
Counsel for Defendants

JAD/sh/adams-john/stip-re-so

1

## ORDER

IT IS SO ORDERED this 25th day of January, 2008.



_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE